IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DEWAYNE C. SHOOTS, JR., Defendant. | CR 21-65-GF-BMM<br><br>ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE AND ISSUING WARRANT |
|---|---|

The Government has moved to revoke the defendant's pretrial release. I find there is probable cause to believe the defendant has violated his conditions of release, supported by the attached affidavit of the United States Probation. IT IS HEREBY ORDERED that the Clerk of Court issue a WARRANT.

DATED this 5th day of October, 2021.

_____
John Johnston
United States Magistrate Judge

1